# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1363**                      **September Term, 2024**

**FCC-89FR91578**

**Filed On: December 4, 2024** [2087934]

Public Safety Spectrum Alliance and Public Safety Broadband Technology Association,

    Petitioners

    v.

Federal Communications Commission and United States of America,

    Respondents

-------------------------------

Consolidated with 24-1364

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:     /s/
                                Elbert B.J. Lestrade
                                Deputy Clerk