# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 24-1364    2. **DATE DOCKETED:** 11-27-2024
3. **CASE NAME** (lead parties only): Coalition for Emergency Response v. Federal Communications Commission
4. **TYPE OF CASE:** ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes  ☒ No
   If YES, cite statute
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Federal Communications Commission
   b. Give agency docket or order number(s): WP Docket No. 07-100, FCC 24-114
   c. Give date(s) of order(s): Released 10-22-2024, published in Federal Register 11-20-2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?    By whom?
      Has the agency acted? ☐ Yes ☐ No  If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner has standing because it participated actively in the underlying rulemaking proceedings, including through multiple filings, and is a party aggrieved within the meaning of 28 U.S.C. § 2344.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes  ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      Public Safety Spectrum Alliance v. FCC, No. 24-1363 (D.C. Cir.) (consolidated with this case)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature: /s/ Jessica Ring Amunson    Date: 1/2/2025
Name of Counsel for Appellant/Petitioner: Jessica Ring Amunson
Address: 1099 New York Ave, NW, Suite 900, Washington, DC 20001
E-Mail: jamunson@jenner.com    Phone: (202) 639-6000    Fax: (202) 639-6066

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)