# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1363**　　　　　　　　　　　　　　**September Term, 2024**

**FCC-89FR91578**

**Filed On: January 21, 2025** [2095073]

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

　　　　Petitioners

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents

------------------------------

Consolidated with 24-1364, 25-1028

## O R D E R

　　It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No(s). 25-1028 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | February 20, 2025 |
| Statement of Issues to be Raised | February 20, 2025 |

　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　Clifton B. Cislak, Clerk
　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　Emily K. Campbell
　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　Agency Docketing Statement Form