# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** San Francisco Bay Area Rapid Transit District

v.

FCC

**Case No:** 25-1034

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

San Francisco Bay Area Rapid Transit District

### Counsel Information

**Lead Counsel:** Hyland Hunt
**Direct Phone:** (202) 868-6838  **Fax:** (202) 609-8410  **Email:** hhunt@deutschhunt.com

**2nd Counsel:** Ruthanne Deutsch
**Direct Phone:** (202) 868-6924  **Fax:** (202) 609-8410  **Email:** rdeutsch@deutschhunt.com

**3rd Counsel:**
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Deutsch Hunt PLLC
**Firm Address:** 300 New Jersey Ave. NW Suite 300, Washington DC 20001
**Firm Phone:** (202) 868-6915  **Fax:** (202) 609-8410  **Email:** dh@deutschhunt.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)