# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1363**  **September Term, 2024**

**FCC-89FR91578**
**FCC-89FR97559**

**Filed On: February 24, 2025**

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

Consolidated with 24-1364, 25-1028, 25-1034

## O R D E R

Upon consideration of respondent's unopposed motion for leave to file a combined opposition of up to 7,500 words in response to the motions for stay, it is

**ORDERED** that the motion be granted.

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

                    BY:   /s/
                             James A. Kaiser
                             Deputy Clerk