# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1363**                    **September Term, 2024**

**FCC-89FR91578**
**FCC-89FR97559**

**Filed On: March 5, 2025** [2104043]

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

       Petitioners

       v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Consolidated with 24-1364, 25-1028,
25-1034

# O R D E R

Upon consideration of the unopposed motion by petitioners National Sheriffs' Association and California State Sheriffs' Association for leave to file a combined reply of up to 5,200 words in response to the oppositions to the motions for stay, it is

**ORDERED** that the motion be granted.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                            BY:      /s/
                                               James A. Kaiser
                                               Deputy Clerk