# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1363**  September Term, 2024

FCC-89FR91578
FCC-89FR97559

**Filed On:** March 19, 2025

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

      Petitioners

      v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Coalition for Emergency Response and
Critical Infrastructure and San Francisco Bay
Area Rapid Transit District,
      Intervenors

------------------------------

Consolidated with 24-1364, 25-1028, 25-1034

    **BEFORE:**   Henderson, Millett, and Walker, Circuit Judges

### O R D E R

    Upon consideration of the motions for stay, petitioner San Francisco Bay Area Rapid Transit District's alternative request for expedition, the oppositions to the motions, the notice of joinder, and the replies, it is

    **ORDERED** that the motions for stay be denied. Movants have not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

    **FURTHER ORDERED**, on the court's own motion, that within 30 days of the date of this order, the parties submit proposed formats for the briefing of these cases. The

# United States Court of Appeals
**For The District Of Columbia Circuit**
_____

**No. 24-1363**                                             **September Term, 2024**

parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief.  Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment.  Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**<u>Per Curiam</u>**

                                                   **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                        BY:     /s/
                                                    Selena R. Gancasz
                                                    Deputy Clerk