# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1363**　　　　　　　　　　　　　　　　**September Term, 2025**

FCC-89FR91578
FCC-89FR97559

**Filed On: September 19, 2025** [2135876]

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

　　　　Petitioners

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents

------------------------------

Coalition for Emergency Response and
Critical Infrastructure and San Francisco
Bay Area Rapid Transit District,
　　　　Intervenors
------------------------------

Consolidated with 24-1364, 25-1028,
25-1034

## O R D E R

　　It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on November 24, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

　　The time and date of oral argument will not change absent further order of the Court.

　　A separate order will be issued regarding the allocation of time for argument.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)