# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1363** | **September Term, 2025** |
| | FCC-89FR91578 |
| | FCC-89FR97559 |
| | Filed On: September 29, 2025 [2137522] |

Public Safety Spectrum Alliance and Public Safety Broadband Technology Association,

    Petitioners

    v.

Federal Communications Commission and United States of America,

    Respondents

------------------------------

Coalition for Emergency Response and Critical Infrastructure and San Francisco Bay Area Rapid Transit District,
    Intervenors

------------------------------

Consolidated with 24-1364, 25-1028, 25-1034

# O R D E R

Upon consideration of petitioners' motion to reschedule oral argument, it is

**ORDERED** that the motion be denied. These cases remain scheduled for oral argument on November 24, 2025.

Arguing counsel are reminded of their obligation to promptly notify the court of any dates of unavailability to appear for oral argument. The notice should be filed as soon as possible after the briefing schedule issues and updated if a potential scheduling conflict arises later, or if there is any change in availability. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> as 49 (2011).

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk